# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KIZWANA DANIEL** )<br>  *Plaintiff* )<br> vs. )<br> )<br> **CA SENIOR MANAGEMENT, LLC** )<br> )<br>  *Defendant* ) | Case No. 22-CV-2468-EFM-TJJ |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate to the dismissal of this civil action with prejudice with each party to bear its own costs and fees.

| | |
|---|---|
| **RALSTON KINNEY, LLC** | **JACKSON LEWIS, PC** |
| /s/ *Kenneth D. Kinney* | /s/ *Karen R. Glickstein* |
| Kenneth D. Kinney – D.Kan. 78544 | Karen R. Glickstein – KS 14036 |
| 4717 Grand Avenue, Suite 300 | 7101 College Boulevard, Suite 1200 |
| Kansas City, MO 64112 | Overland Park, KS 66210 |
| TEL: (816) 298-0086 | TEL: (913) 981-1018 |
| FAX: (816) 298-9455 | FAX: (816) 981-1019 |
| Email: ken@rklawllc.com | Email: Karen.Glickstein@jacksonlewis.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

**<u>CERTIFICATE OF SERVICE</u>**

 I certify that on March 14, 2023, after obtaining permission from defense counsel, I filed the foregoing with the Court through the CM/ECF system, which will serve Defendant by emailing notice and a copy of the same to its attorneys of record.

              <u>/s/ *Kenneth D. Kinney*    </u>
              **ATTORNEY FOR PLAINTIFF**